UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE A. CARPINTERO,<br><br>    Petitioner,<br><br>  v.<br><br>MIKE D. McDONALD, Warden,<br><br>    Respondent. | No. CV 10-1066-PSG (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: January 11, 2013

_____
PHILIP S. GUTIERREZ
United States District Judge